IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WAYNE D. MURPHY,

    Plaintiff,                                 JUDGMENT IN A CIVIL CASE

v.                                            Case No. 13-cv-72-wmc

SHAUN O'CONNELL, AMY BELL,
BILL LAZAR and
CHRISTOPHER NOLET,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's motion for leave to proceed *in forma pauperis* and dismissing this case for failure to state a claim under 42 U.S.C. § 1983.

| /s/ | 6/13/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |